IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY BAKEWELL,                                3:10-CV-01525-JE

      Plaintiff,                          JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

      Defendant.

    Based on the Court's Order issued September 6, 2012,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner

pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate

calculation and award of benefits for the period between May 19,

2002, and July 30, 2007.

    DATED this 6th day of September, 2012.


                         ANNA J. BROWN
                         United States District Judge


1 - JUDGMENT OF REMAND

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

**CONCLUSION**

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#19). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits for the period between May 19, 2002, and July 30, 2007.

IT IS SO ORDERED.

DATED this 6th day of September, 2012.

ANNA J. BROWN
United States District Judge

2 - ORDER