IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY BAKEWELL,                                    3:10-CV-01525-JE

        Plaintiff,                           JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

    Based on the Court's Order issued September 6, 2012,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits for the period between May 19, 2002, and July 30, 2007.

    DATED this 6th day of September, 2012.

                                     /s/ Anna J. Brown
                                     ANNA J. BROWN
                                     United States District Judge

1 - JUDGMENT OF REMAND