IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY BAKEWELL,                               3:10-CV-01525-JE

        Plaintiff,                          ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#32) on January 9, 2013, in which he recommends this Court grant Plaintiff's Motion (#25) for Award of Fees and Costs Pursuant to the Equal Access to Justice Act to the extent that Plaintiff should be awarded $5,055.16 in attorneys' fees and $350 in costs and deny Plaintiff's Motion as to the balance of $21,448.40 in requested attorneys' fees.  The matter is now

1 - ORDER

before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#32). Accordingly, the Court **GRANTS** Plaintiff's Motion (#25) for Award of Fees and Costs Pursuant to the Equal Access to Justice Act to the extent that the Court **AWARDS** Plaintiff $5,055.16 in attorneys' fees and $350 in costs.

IT IS SO ORDERED.

DATED this 20th day of February 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER