WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184; Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARY BAKEWELL,** | Case No. 3:10-cv-1525-JE |
| Plaintiff, | |
| vs. | ORDER AWARDING SUPPLEMENTAL FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| **COMMISSIONER of Social Security**, | |
| Defendant. | |

Plaintiff has applied for supplemental fees pursuant to 28 U.S.C. § 2412(d), in the amount of $842.44.  (Dkt # 36.)  Defendant has indicated no opposition to this request.  (Dkt # 38.)  This court finds that an award of the requested fee is appropriate.  Therefore, a supplemental award of attorney fees in the amount of $842.44 is hereby granted to Plaintiff.  28 U.S.C. § 2412(d).  The check shall be sent to Tim Wilborn's address, above.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

IT IS SO ORDERED this  7th  day of  June , 2013.

  /s/ John Jelderks
United States District/Magistrate Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER AWARDING SUPPLEMENTAL FEES PURSUANT TO THE EAJA - Page 1