WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184; Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MARY BAKEWELL,**                                    Case No. 3:10-cv-1525-JE

        Plaintiff,

vs.                                                              ORDER AWARDING
                                                                      SUPPLEMENTAL FEES
**COMMISSIONER of Social Security**,            PURSUANT TO THE
                                                                      EQUAL ACCESS TO JUSTICE ACT
        Defendant.

_____

        Plaintiff has applied for supplemental fees pursuant to 28 U.S.C. § 2412(d), in the amount

of $842.44.  (Dkt # 36.)  Defendant has indicated no opposition to this request.  (Dkt # 38.)  This

court finds that an award of the requested fee is appropriate.  Therefore, a supplemental award of

attorney fees in the amount of $842.44 is hereby granted to Plaintiff.  28 U.S.C. § 2412(d).  The

check shall be sent to Tim Wilborn's address, above.  If no debt subject to offset exists, payment

shall be made in Tim Wilborn's name.

        IT IS SO ORDERED this   7th  day of   June , 2013.


                                         _/s/ John Jelderks_____
                                         United States District/Magistrate Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff


ORDER AWARDING SUPPLEMENTAL FEES PURSUANT TO THE EAJA - Page 1